**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware
_____ (State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | SevenScore Pharmaceuticals, LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | Orphan Star Therapeutics, LLC |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 8 2 – 5 0 9 2 5 9 8 |

4. **Debtor's address**

   **Principal place of business**

   600   3rd Avenue
   Number   Street

   19th Floor
   _____

   New York     NY    10016
   City         State  ZIP Code

   New York
   County

   **Mailing address, if different from principal place of business**

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number   Street

   _____

   _____
   City   State   ZIP Code

5. **Debtor's website** (URL)   https://www.sevenscorepharma.com

---

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 1

Debtor  SevenScore Pharmaceuticals, LLC                        Case number (if known)_____
        Name

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
| 7. | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>  3  2  5  4 |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check **all** that apply*:<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☒ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |

Debtor  **SevenScore Pharmaceuticals, LLC**  Case number (*if known*)_____
      Name

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                                       MM / DD / YYYY

         District _____  When _____  Case number _____
                                                       MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor  **See Annex 1**  Relationship _____
       District _____  When _____
                                              MM / DD / YYYY
       Case number, if known _____

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
        Number  Street

    _____
    _____  _____  _____
    City  State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

---

■ **Statistical and administrative information**

Debtor  SevenScore Pharmaceuticals, LLC _____  Case number (if known)_____
  Name

**13. Debtor's estimation of available funds**

Check one:
- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/09/2023
             MM / DD / YYYY

X _____  Lawrence R. Perkins
Signature of authorized representative of debtor     Printed name

Title  Chief Restructuring Officer

Debtor  SevenScore Pharmaceuticals, LLC  
Name

Case number (*if known*)_____

18. **Signature of attorney**   ✗ /s/ R. Craig Martin  
Signature of attorney for debtor

Date  05/09/2023  
MM / DD / YYYY

R. Craig Martin  
Printed name

DLA Piper LLP (US)  
Firm name

1201  North Market Street  Suite 2100  
Number  Street

Wilmington  
City

DE  
State

19801  
ZIP Code

(302) 468 -5700  
Contact phone

craig.martin@us.dlapiper.com  
Email address

5032  
Bar number

DE  
State

# ANNEX 1

## Pending Bankruptcy Cases

On the date hereof, each of the entities below (collectively the "<u>Debtors</u>") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware and elected to proceed under subchapter V thereunder. The Debtors have moved for joint administration of these cases under the case number assigned to the subchapter V case of Vyera Pharmaceuticals, LLC:

- Vyera Pharmaceuticals, LLC
- SevenScore Pharmaceuticals, LLC
- Oakrum Pharma, LLC
- Dermelix Biotherapeutics, LLC
- Phoenixus AG
- Orpha Labs AG

**UNANIMOUS WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF
SEVENSCORE PHARMACEUTICALS, LLC**

Dated: May 9, 2023

The undersigned, being the sole member of the board of directors (the "Board") of SevenScore Pharmaceuticals, LLC, a Delaware limited liability company (the "Company"), in accordance with the authority contained in Section 18-302(d) of the Delaware Limited Liability Company Act (the "Act"), does hereby consent in writing that the following resolutions shall have the same force and effect as if duly adopted at a meeting of the Board, duly noticed, called and held in accordance with the Act.

**A.    Bankruptcy Filing**

**WHEREAS**, the Board has had the opportunity to consult with the Company's management team and the Company's legal and financial advisors and has considered fully various strategic alternatives available to the Company under the circumstances; and

**WHEREAS**, the Board has determined after consulting with the Company's management team and the Company's legal and financial advisors that it is in the best interests of the Company to avail the Company of the protections afforded by chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"), including subchapter V thereunder, by filing a voluntary petition to commence a case under chapter 11 of the Bankruptcy Code.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that any authorized officer of the Company (an "Authorized Person"), acting solely or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, to negotiate, execute, deliver, file with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and perform, in the name and on behalf of the Company, all plans, petitions, schedules, statements, motions, lists, purchase and sale agreements, assumption or assignment agreements, other transactional agreements and documents, applications, pleadings, papers, affidavits, declarations, orders, and other documents in connection with the filing of a voluntary petition seeking relief under the Bankruptcy Code (collectively, the "Bankruptcy Filings"), with such changes therein and additions thereto as any such Authorized Person may deem necessary, appropriate, or advisable, the execution and delivery of any of the Bankruptcy Filings by any such Authorized Person with any changes thereto to be conclusive evidence that any such Authorized Person deemed such changes to meet such standard; and it is further

**RESOLVED**, that with respect to the Company, each Authorized Person, in each case, acting solely or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts and deeds that such Authorized Person, in consultation with the Company's legal and

financial advisors, deems necessary, appropriate, or desirable in connection with the Company's bankruptcy case (the "Bankruptcy Case") or the Bankruptcy Filings including, without limitation, (i) the payment of wages, salaries, fees, expenses, and taxes such Authorized Person deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing, and filing any and all additional plans, pleadings, documents, schedules, statements, lists, papers, agreements, certificate, or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, such Bankruptcy Case with a view to the successful prosecution of such Bankruptcy Case, with such acts to be conclusive evidence such Authorized Person deemed the same to meet such standard; and it is further

**B.  Retention of Advisors**

**RESOLVED**, that with respect to the Company, each Authorized Person be, and each hereby is, authorized and directed to employ the law firm of DLA Piper LLP (US) ("DLA") as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including, but not limited to, the filing of any pleadings, and in connection therewith, each of the Authorized Persons, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of DLA; and it is further

**RESOLVED**, that with respect to the Company, each Authorized Person be, and each hereby is, authorized and directed to employ the firm of Sierra Constellation Partners LLC to perform the services of Chief Restructuring Officer (indirectly through the appointment of Lawrence Perkins in such capacity) and as financial advisor (the "Financial Advisor"), to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, and in connection therewith, each of the Authorized Persons with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of the Financial Advisor; and it is further

**RESOLVED**, that with respect to the Company, each Authorized Person be, and each hereby is, authorized and directed to employ the firm of Alvarez & Marsal Securities, LLC as investment banker (the "Investment Banker"), to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations and in connection therewith, each of the Authorized Persons with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of the Investment Banker; and it is further

**RESOLVED**, that with respect to the Company, each Authorized Person be, and each hereby is, authorized and directed to employ Epiq Corporate Restructuring, LLC as notice, claims, and balloting agent and as administrative advisor (the "Claims Agent"), to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations and in connection therewith, each of the Authorized Persons with power of delegation, is hereby authorized and directed to execute appropriate

2

retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of the Investment Banker; and it is further

**C.     Sale Process**

**RESOLVED**, that the Company, as debtor and debtor in possession in the Bankruptcy Case, shall be, and hereby is, authorized to pursue and implement a sale transaction under section 363 of the Bankruptcy Code or otherwise of all or substantially all of the Company's assets or equity interests, will be presented to the Board following the date hereof and as may be further approved, modified, or amended by one or more of the Authorized Persons in its reasonable judgment and in consultation with the Company's professionals (each, a "Sale"); and it is further

**RESOLVED**, that the Company, as debtor and debtor in possession in the Bankruptcy Case, shall be, and hereby is, authorized to execute, deliver, and perform its obligations under one or more purchase agreements, license agreements, or other transactions agreements and all associated agreements, schedules, certificates, instruments, guaranties, notices, and other documents implementing a Sale, as may be deemed necessary or desirable by any of the Authorized Persons; and it is further

**D.     Chapter 11 Plan**

**RESOLVED**, that the Company, as debtor and debtor in possession in the Bankruptcy Case, shall be, and hereby is, authorized to (i) execute and file a plan of reorganization or liquidation, associated disclosure statement, to the extent applicable, and all other related documents, and consummate, and perform under, the transactions contemplated therein and/or (ii) dismiss or close the Bankruptcy Case and execute all related documents as may be reasonably necessary or desirable in the best interests of the Company and its stakeholders; and it is further

**E.     General Authorization**

**RESOLVED**, that with respect to the Company, each of the Authorized Persons may act, solely or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take, cause to be taken, or perform any and all further acts or deeds, including, without limitation, (i) the negotiation of such additional agreements, amendments, modifications, supplements, reports, documents, instruments, applications, notes or certificates not now known but which may be required, (ii) the execution, delivery and filing (if applicable) of any of the foregoing, and (iii) the payment of all fees, consent payments, taxes, and other expenses as any such Authorized Person, in his or her sole discretion, may approve or deem necessary, appropriate, or desirable to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings, and payments to be conclusive evidence of such approval or that such Authorized Person deemed the same to meet such standard.

A signed copy of this Consent delivered by e-mail or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original signed copy.

[*Signature Page Follows*]

4

**IN WITNESS WHEREOF**, the undersigned has executed this Consent as of the date first written above.

                        SEVENSCORE PHARMACEUTICALS, LLC

By: _____
Name: Thomas J. Allison
Its: Sole Manager

[*Signature Page to Resolutions*]

EAST\203212316.3

| Fill in this information to Identify the case: | |
|---|---|
| Debtor Name:   SevenScore Pharmaceuticals, LLC | |
| United States Bankruptcy Court for the:   District of Delaware | ☐ Check if this is an amended filing |
| Case Number (If known): | |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A consolidated list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | DUANE MORRIS LLP  30 S. 17TH STREET  PHILADELPHIA, PA  19103 | CONTACT: CYNTHIA BALDWIN, VICE PRESIDENT, GENERAL COUNSEL  PHONE: 215-979-1000  FAX: 215-979-1020  ALABBONIZIO@DUANEMORRIS.COM | LITIGATION | C, D | | | $2,127,923.43 |
| 2 | CARDINAL HEALTH, INC.  7000 CARDINAL PLACE  DUBLIN, OH  43017 | CONTACT: GENERAL COUNSEL  PHONE: 614-757-5000  KEVIN.MORAN@CARDINALHEALTH.COM;  ERICH.TIMMERMAN@CARDINALHEALTH.COM | TRADE PAYABLE | | | | $452,547.17 |
| 3 | ANI PHARMACEUTICALS INC.  210 MAIN ST WEST  BAUDETTE, MN  56623 | CONTACT: NIKHIL LALWANI, CEO  PHONE: 218-634-3500  FAX: 218-634-3540  INFO@ANIPHARMACEUTICALS.COM | ROYALTY PAYABLE | | | | $439,696.00 |
| 4 | AUCTA PHARMACEUTICALS, INC.  71 SUTTONS LANE  PISCATAWAY, NJ  08854 | CONTACT: SHOUFENG LI, CEO  PHONE: 909-342-4793  FAX: 732-605-6902  SHOUFENG.LI@AUCTAPHARMA.COM | ROYALTY PAYABLE | | | | $288,705.21 |

Debtor: SevenScore Pharmaceuticals, LLC      Case Number (if known):

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5 | CONNECTICUT DEPARTMENT OF PUBLIC HEALTH  ATTN: CONNECTICUT DRUG ASSISTANCE PROGRAM  410 CAPITOL AVENUE  MS#13ACT  HARTFORD, CT 06134 | CONTACT: GENERAL COUNSEL  PHONE: 860-509-8000  FAX: 860-509-7160  ASK.DPH@CT.GOV | TRADE PAYABLE | | | | $265,853.99 |
| 6 | ASD SPECIALTY HEALTHCARE INC.  5025 PLANO PARKWAY  CARROLLTON, TX 75010 | CONTACT: GENERAL COUNSEL  PHONE: 800-547-9413  SERVICE@ASDHEALTHCARE.COM | TRADE PAYABLE | | | | $203,977.57 |
| 7 | EVERSANA LIFE SCIENCE SERVICES, LLC  190 N. MILWAUKEE STREET  MILWUAKEE, WI 53202 | CONTACT: JIM LANG, CEO  PHONE: 414-299-4900  INDIA@EVERSANA.COM | TRADE PAYABLE | U, D | | | $148,458.14 |
| 8 | COMMONWEALTH OF MASSACHUSETTS  MASSHEALTH DRUG REBATE PROG-FFS PROGRAM  P.O. BOX 3070  BOSTON, MA 02241-3070 | CONTACT: GENERAL COUNSEL  PHONE: 800-841-2300  MASSHEALTHDRUGLIST@STATE.MA.US | TRADE PAYABLE | | | | $107,212.61 |
| 9 | DEPARTMENT OF HEALTH CARE SERVICES  DEPT OF HEALTH CARE SERVICES, ACCOUNTING  MEDICAL DRUG REBATE AR, MS 1101  P.O. BOX 997415  SACRAMENTO, CA 95899-7413 | CONTACT: GENERAL COUNSEL  PHONE: 888-452-8609  MMCDOMBUDSMANOFFICE@DHCS.CA.GOV | TRADE PAYABLE | | | | $101,330.21 |
| 10 | INTEGRICHAIN, INC.  8 PENN CENTER, 3RD FLOOR  1628 JFK BLVD  PHILADELPHIA, PA 19103 | CONTACT: LEIGH ANNE SIINO, EXECUTIVE DIRECTOR, SALES  PHONE: 609-806-5005  ISIINO@INTEGRICHAIN.COM | TRADE PAYABLE | | | | $73,838.16 |
| 11 | WALGREENS SPECIALTY  500 NOBLESTOWN ROAD  ATTN: KRISTEN BERGER  CARNEGIE, PA 15106 | CONTACT: GENERAL COUNSEL  PHONE: 888-347-3416  FAX: 412-325-6505  MEDIA@WALGREENS.COM | TRADE PAYABLE | | | | $72,178.41 |
| 12 | MCKESSON  401 MASON ROAD  LAVERGNE, TN 37086 | CONTACT: BRIAN TYLER, CEO  PHONE: 972-446-4800  MEDIARELATIONS@MCKESSON.COM | TRADE PAYABLE | | | | $70,180.62 |
| 13 | DEPARTMENT OF MEDICAL ASSISTANCE, COMMONWEALTH OF VIRGINIA  CMS MEDICAID DRUG REBATE UNIT  ATTN: FISCAL UNIT  600 E. BROAD ST., SUITE 1300  RICHMOND, VA 23219-1857 | CONTACT: GENERAL COUNSEL  PHONE: 888-221-1590  VAMEDICAIDMEDIAREQUESTS@DMAS.VIRGINIA.GOV | TRADE PAYABLE | | | | $69,000.00 |

Debtor: **S**evenScore Pharmaceuticals, LLC    Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 TREASURER STATE OF FL AGENCY FOR HEALTHCARE ADMINISTRATION FINANCE & ACCOUNTING 2727 MAHAN DRIVE, MAIL STOP #14 TALLAHASSEE, FL 32308 | CONTACT: GENERAL COUNSEL PHONE: 850-413-2761 WEBMASTER@AHCA.MYFLORIDA.COM | TRADE PAYABLE | | | | $65,547.88 |
| 15 OPTUMRX, INC 5701 KATELLA AVENUE, CA120-0308 CYPRESS, CA 90630 | CONTACT: MELANIE FREEMAN, COMPLIANCE AND PRIVACY OFFICER PHONE: 714-825-3600 MELANIE.FREEMAN@OPTUM.COM | TRADE PAYABLE | | | | $63,000.00 |
| 16 CBIZ ACCOUNTING, TAX & ADVISORY OF NEW YORK, LLC 1065 AVENUE OF THE AMERICAS 10TH FLOOR NEW YORK, NY 10018 | CONTACT: ERIK LINN, MANAGING PARTNER PHONE: 212-790-5790 FAX: 703-563-9318 INFO@CROSSCOUNTRY-CONSULTING.COM | TRADE PAYABLE | | | | $52,500.00 |
| 17 PROPHARMA GROUP 2635 UNIVERSITY AVENUE WEST SUITE 195 ST. PAUL, MN 55114 | CONTACT: MICHAEL STOMBERG, CEO PHONE: 916-663-2729 INFO@PROPHARMAGROUP.COM | TRADE PAYABLE | | | | $51,905.00 |
| 18 AGENCY FOR HEALTH CARE ADMINISTRATION FINANCE AND ACCOUNTING/DRUG REBATE 2727 MAHAN DR. MAIL STOP #14 TALLAHASSEE, FL 32308 | CONTACT: GENERAL COUNSEL PHONE: 888-419-3456 WEBMASTER@AHCA.MYFLORIDA.COM | TRADE PAYABLE | | | | $48,978.63 |
| 19 TREASURER STATE OF OHIO MEDICAID DRUG REBATE 30 E. BROAD STREET - 9TH FLOOR COLUMBUS, OH 43215 | CONTACT: GENERAL COUNSEL PHONE: 800-324-8680 CONSTITUENTAFFAIRS@TOS.OHIO.GOV; ECONOMICDEVELOPMENT@TOS.OHIO.GOV | TRADE PAYABLE | | | | $48,752.27 |
| 20 DEPARTMENT OF HUMAN SERVICES/DRUG REBATE PROGRAM P.O. BOX 780634 PHILADELPHIA, PA 19178-0634 | CONTACT: GENERAL COUNSEL PHONE: 717-787-2500 RA-PWDHSPRESSOFFICE@PA.GOV; BCWALINA@PA.GOV; ALFOGARTY@PA.GOV | TRADE PAYABLE | | | | $36,823.57 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SevenScore Pharmaceuticals, LLC,<br><br>Debtor. | Chapter 11, Subchapter V<br><br>Case No. 23-_____ (___) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, SevenScore Pharmaceuticals, LLC hereby certifies that the following corporate entity owns the below-specified percentage of SevenScore Pharmaceuticals, LLC's equity interests, as of the date hereof.

| **Entity** | **Percentage Interest** |
|---|---|
| Phoenixus AG | 100% |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> SevenScore Pharmaceuticals, LLC, <br><br> Debtor. | Chapter 11, Subchapter V <br><br> Case No. 23-_____ (___) |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, SevenScore Pharmaceuticals, LLC hereby provides the following list of holders of equity interests:

| **Name and Address of Interest Holder** | **Percentage Interest** |
|---|---|
| Phoenixus AG <br> Haldenstrasse 5, 6340 Baar, Switzerland | 100% |

**Fill in this information to identify the case and this filing:**

Debtor Name __SevenScore Pharmaceuticals, LLC_____

United States Bankruptcy Court for the: _____ District of __DE_____
                                                                (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration __Corporate Ownership Statement; List of Equity Security Holders_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __05/09/2023__         ✘ __/s/ Lawrence R. Perkins_____
         MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                       Lawrence R. Perkins_____
                                       Printed name

                                       _Chief Restructuring Officer_____
                                       Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> SevenScore Pharmaceuticals, LLC, <br><br> Debtor. | Chapter 11, Subchapter V <br><br> Case No. 23-_____ (___) |

**STATEMENT PURSUANT TO 11 U.S.C. § 1116**

I, Lawrence R. Perkins, hereby declare under penalty of perjury:

1. Debtor SevenScore Pharmaceuticals, LLC has not prepared a statement of operations or cash-flow statement.

2. Debtor SevenScore Pharmaceuticals, LLC has prepared a balance sheet and income statement, which have been appended to its voluntary petition for relief.

3. Debtor SevenScore Pharmaceuticals, LLC has not filed a federal tax return.

Dated: May 9, 2023

*/s/ Lawrence R. Perkins*
By: Lawrence R. Perkins
Its: Chief Restructuring Officer

| | Phoenixus AG | Vyera LLC | Oakrum LLC | Regnum[1] | Sevenscore | Orpha Labs AG | Dermelix | Elimination Regnum | Eliminations | Consolidated |
|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | Apr 30, 2023 |
| Cash and Cash Equivalents | 1,619,837 | 7,950,405 | 3,890,296 | 390,788 | 338,851 | 178,677 | - | - | - | 14,368,854 |
| Restricted Cash - PNC CD | - | - | - | - | - | - | - | - | - | - |
| Accounts Receivable | - | (242,763) | 993,608 | - | - | - | - | - | - | 750,845 |
| Intercompany | 21,880,506 | 10,398,210 | (13,704,453) | (1,775,600) | (4,321,714) | (8,399,346) | (3,677,078) | (391,000) | (9,525) | - |
| Inventory | 58,248 | 4,128,544 | 73,539 | - | - | - | - | - | (4,054,260) | 206,071 |
| Prepaid and Other Assets | 1,982,850 | 418,059 | 32,191 | 17,351 | - | 1,020 | - | - | - | 2,451,471 |
| **Total Current Assets** | **25,541,441** | **22,652,455** | **(8,714,820)** | **(1,367,461)** | **(3,982,863)** | **(8,219,648)** | **(3,677,078)** | **(391,000)** | **(4,063,786)** | **17,777,240** |
| | | | | | | | | | | |
| Property and Equipment, net | - | 0 | - | - | - | - | - | - | - | 0 |
| Daraprim Product Rights | 55,919,306 | - | - | - | - | - | - | - | - | 55,919,306 |
| Daraprim Product Rights Accum Amort | (55,919,305) | - | - | - | - | - | - | - | - | (55,919,305) |
| In Process Research & Development | - | - | - | - | - | - | - | - | - | - |
| Other Product Rights | 98,691 | - | - | - | - | - | - | - | - | 98,691 |
| Goodwill | 3,130,616 | - | - | - | - | - | - | - | - | 3,130,616 |
| Other Long Term Assets | - | 131,516 | 800,000 | - | - | - | - | - | - | 931,516 |
| **Total Assets** | **28,770,749** | **22,783,971** | **(7,914,820)** | **(1,367,461)** | **(3,982,863)** | **(8,219,648)** | **(3,677,078)** | **(391,000)** | **(4,063,786)** | **21,938,064** |
| | | | | | | | | | | |
| **Liabilities and Stockholder's Equity (Deficiency)** | | | | | | | | | | |
| Accounts Payable | 71,562 | (15,272) | 458,133 | 0 | (0) | 2,500 | - | - | - | 516,923 |
| Accrued Expenses | 858,575 | 1,986,290 | 2,450,831 | 15,424 | - | - | - | - | - | 5,311,121 |
| CMS Liabilities | - | 3,375,922 | 266,141 | - | - | - | - | - | - | 3,642,063 |
| Wage and Bonus Payables | 101,796 | 455,421 | 11,374 | 51,968 | - | - | - | - | - | 620,559 |
| Taxes Payable | - | (89,999) | (50) | 800 | (50) | - | - | - | - | (89,299) |
| **Current Liabilities** | **1,031,934** | **5,712,362** | **3,186,429** | **68,192** | **(50)** | **2,500** | **-** | **-** | **-** | **10,001,367** |
| | | | | | | | | | | - |
| Capital Lease | - | 131,517 | - | - | - | - | - | - | - | 131,517 |
| Long Term Loan | - | - | - | - | - | - | - | - | - | - |
| Warrant Derivative Liability | - | - | - | - | - | - | - | - | - | - |
| **Total Liabilities** | **1,031,934** | **5,843,879** | **3,186,429** | **68,192** | **(50)** | **2,500** | **-** | **-** | **-** | **10,132,884** |
| | | | | | | | | | | |
| Par Value & APIC | 83,111,415 | 2,983,371 | - | 41,500 | 100 | - | - | (41,500) | 1,208 | 86,096,094 |
| Accumulated Deficit | (57,034,289) | 13,956,721 | (11,101,249) | (1,477,153) | (3,982,913) | (8,222,148) | (3,677,078) | (349,500) | (7,440,471) | (79,328,080) |
| AOCI | 4,644,515 | - | - | - | - | - | - | - | 392,651 | 5,037,166 |
| **Total Equity** | **30,721,641** | **16,940,092** | **(11,101,249)** | **(1,435,653)** | **(3,982,813)** | **(8,222,148)** | **(3,677,078)** | **(391,000)** | **(7,046,612)** | **11,805,180** |
| | | | | | | | | | | |
| **Total Liabilities and Equity** | **31,753,575** | **22,783,971** | **(7,914,820)** | **(1,367,461)** | **(3,982,863)** | **(8,219,648)** | **(3,677,078)** | **(391,000)** | **(7,046,612)** | **21,938,064** |

[1] Regnum is a non-debtor

| Phoenixus Consolidated | Jan-23 | Feb-23 | Mar-23 | Apr-23 | YTD 2023 |
|---|---:|---:|---:|---:|---:|
| Gross Sales | $ 1,881,308 | $ 2,073,794 | $ 2,092,039 | $ 1,734,196 | $ 7,781,337 |
| | | | | | |
| Sales Discounts | $ 1,167,317 | $ 1,281,892 | $ 1,481,415 | $ 1,227,469 | $ 5,158,093 |
| CMS Allowance | $ 359,289 | $ 440,774 | $ (149,383) | $ 243,865 | $ 894,545 |
| Sales Allowances | | | | | $ - |
| DLSS Fees | $ 15,025 | $ 11,100 | $ 798 | $ 4,701 | $ 31,624 |
| Net Sales | $ 339,677 | $ 340,028 | $ 759,209 | $ 258,161 | $ 1,697,075 |
| | | | | | |
| Interco Sales | $ 146,499 | $ (40,602) | $ (110,773) | $ 51,674 | $ 46,799 |
| Interco COGS | $ (133,916) | $ (50,047) | $ (669,687) | $ (136,530) | $ (990,180) |
| Profit Share | $ (13,878) | $ (17,093) | $ (2,495) | $ 2,454 | $ (31,012) |
| Cost of Goods Sold | $ (13,101) | $ 55,350 | $ 918,024 | $ 92,886 | $ 1,053,160 |
| Total Cost of Goods Sold | $ (14,396) | $ (52,391) | $ 135,070 | $ 10,485 | $ 78,767 |
| | | | | | |
| Gross Profit | $ 354,073 | $ 392,419 | $ 624,139 | $ 247,676 | $ 1,618,308 |
| | | | | | |
| Salaries & Wages | $ 623,548 | $ 776,787 | $ 517,823 | $ 588,477 | $ 2,506,635 |
| Outsourcing Expenses | $ 155,321 | $ 222,921 | $ 255,237 | $ 188,899 | $ 822,379 |
| Travel | $ 57,688 | $ 15,436 | $ (13,266) | $ 1,590 | $ 61,448 |
| Milestone Payments | $ - | $ - | $ - | $ - | $ - |
| Royalties | $ 4,797 | $ 5,249 | $ 1,291 | $ (36) | $ 11,301 |
| Data Subsriptions | $ 31,270 | $ 21,054 | $ 38,619 | $ 17,823 | $ 108,767 |
| IT Outsourcing | $ 16,935 | $ 14,236 | $ 16,895 | $ 18,754 | $ 66,820 |
| Legal Expenses | $ 485,308 | $ 456,802 | $ 803,780 | $ 734,465 | $ 2,480,355 |
| Rent | $ 21,402 | $ 21,991 | $ 20,581 | $ 20,947 | $ 84,920 |
| Amortization | $ 1,173 | $ 1,173 | $ 1,172 | $ 1,207 | $ 4,725 |
| Insurance | $ 346,335 | $ 345,486 | $ 319,662 | $ 480,691 | $ 1,492,174 |
| Advertising and Promo Materials | $ - | $ - | $ 249 | $ - | $ 249 |
| Distribution Costs | $ 6,223 | $ 6,500 | $ 22,394 | $ 22,406 | $ 57,523 |
| Recruitment & Agency Fees | | | $ - | $ - | $ - |
| Donations & Grants | | | | | $ - |
| Conferences & Seminars | $ - | $ 386 | $ - | $ 675 | $ 1,061 |
| Business Permits & Licenses | | | $ 1,820 | $ - | $ 1,820 |
| Regulatory Fees | | | $ - | $ - | $ - |
| Registrations and Filing Fees | $ 2,221 | $ 1,170 | $ 4,562 | $ 9,922 | $ 17,876 |
| Accounting Services | $ 115,199 | $ 144,073 | $ 157,245 | $ 91,875 | $ 508,392 |
| Office Supplies & Exp | $ 7,735 | $ 23 | $ 2,665 | $ 2,604 | $ 13,028 |
| Postage & deliver | $ 1,438 | $ 793 | $ 224 | $ 333 | $ 2,788 |
| Telephone Office/Wireless | $ 3,307 | $ 5,006 | $ 3,988 | $ 4,959 | $ 17,261 |
| Bank Service Charges | $ 1,296 | $ 568 | $ (403) | $ 810 | $ 2,271 |
| ADP Fees | $ 2,133 | $ 2,594 | $ 3,265 | $ 998 | $ 8,991 |
| Depreciation | $ - | $ - | $ - | $ - | $ - |
| GAO | $ 0 | $ (0) | $ 0 | | $ 0 |
| Taxes | $ - | $ - | $ - | $ - | $ - |
| Total Operating Expense | $ 1,883,330 | $ 2,042,250 | $ 2,157,804 | $ 2,187,398 | $ 8,270,782 |
| | | | | | |
| Operating Income / (Loss) | $ (1,529,257) | $ (1,649,830) | $ (1,533,665) | $ (1,939,722) | $ (6,652,473) |
| | | | | | |
| Other Income / (Expense): | | | | | $ - |
| Interest Expense | | $ - | $ - | $ (605) | $ (605) |
| Interest Income | $ 130 | $ 130 | $ 118 | $ 130 | $ 508 |
| Intercompany Transfer Price | $ (1) | $ 5 | $ 29 | $ (7) | $ 26 |
| Intercompany Interest Exp_Inc | | | $ (0) | | $ (0) |
| Foreign Exchange Gains / Losses | $ 180,397 | $ 254,469 | $ (523,294) | $ (410,911) | $ (499,339) |
| Gain/Loss from Legal Proceedings | | | | | $ - |
| All Other | $ (61,865) | $ 868,537 | $ - | $ - | $ 806,671 |
| Total Other Operating Expense | $ 118,660 | $ 1,123,141 | $ (523,148) | $ (411,393) | $ 307,261 |
| | | | | | |
| Net Income / (Loss) | $ (1,410,596) | $ (526,689) | $ (2,056,813) | $ (2,351,114) | $ (6,345,213) |